# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

JAMES W. PETERS/YOSHIYAH, JR                                         PLAINTIFF
ADC #124686

V.                          NO: 2:07CV00031 WRW/HDY

DENNIS WILSON *et al.*                                               DEFENDANTS

## ORDER

Plaintiff, an inmate at the East Arkansas Regional Unit of the Arkansas Department of Correction, filed a *pro se* complaint (docket entry #1), pursuant to 42 U.S.C. § 1983, on February 26, 2007. On March 27, 2008, Plaintiff filed a motion to voluntarily dismiss his complaint. For good cause shown, Plaintiff's motion to dismiss (docket entry #70) is GRANTED, and his complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE