**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JAMES W. PETERS/YOSHIYAH, JR  PLAINTIFF
ADC #124686

V.                                    NO: 2:07CV00031 WRW/HDY

DENNIS WILSON *et al.*                DEFENDANTS

### **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 31st day of March, 2008.

                                                /s/ Wm. R. Wilson, Jr._____
                                           UNITED STATES DISTRICT JUDGE