**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JAMES W. PETERS/YOSHIYAH, JR                                                        PLAINTIFF
ADC #124686

V.                                            2:07CV00031 WRW/HDY

DENNIS WILSON *et al.*                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's motion for relief pursuant to Fed.R.Civ.P. 60(b) (docket entry #78) is DENIED.

2.      Plaintiff's motions for service, and to amend his complaint (docket entries #77 & #79) are DENIED AS MOOT.

DATED this 24th day of March, 2009.

                                                                /s/Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE

1